

SIDLEY AUSTIN LLP
1501 K STREET, N.W.
WASHINGTON, D.C. 20005
+1 202 736 8000
+1 202 736 8711 FAX

AMERICA • ASIA PACIFIC • EUROPE

TLOSSEATON@SIDLEY.COM
+1 202 736 8427

January 16, 2026

**By ECF**

The Hon. David A. Ezra
U.S. District Court for the
  Western District of Texas
501 West Fifth Street
Austin, Texas 78701

      Re:    *State of Texas v. Union Pacific Railroad Co.*, 1:25-cv-627-DAE

Dear Judge Ezra:

      On behalf of Union Pacific, I write in advance of the scheduled January 22 motion hearing to raise a Fifth Circuit decision that forecloses arguments made in Texas's reply brief supporting remand. Texas argued that this Court lacks jurisdiction because, while the emissions standard that Texas seeks to enforce here is part of its EPA-approved state implementation plan (SIP), federal approval "does not change its nature as state law." Dkt. # 23 at 2.

      The Fifth Circuit held otherwise in *Sierra Club v. Louisiana Department of Environmental Quality*, 100 F.4th 555 (5th Cir. 2024). There, a state agency issued a permit under the state's EPA-approved SIP for a natural-gas facility. *Id.* at 561–62. An environmental group challenged the permit under the Natural Gas Act, which gives the courts of appeals jurisdiction to review certain actions by a "State administrative agency acting *pursuant to Federal law*." *Id.* at 564 (emphasis altered). The state responded that the Fifth Circuit lacked jurisdiction because such a challenge "arises under state law, not federal law." *Id.* at 563. Like Texas here, Louisiana argued that jurisdiction was lacking because "a SIP isn't *actually* federal law." *See* Response Brief, *Sierra Club*, 100 F.4th 555, 2023 WL 7491755, at *20–21.

      The Fifth Circuit rejected that argument. It agreed with other circuits that "when the EPA approves a SIP, *it becomes federal law*." *See* 100 F.4th at 563–64 (emphasis added) (citation omitted). In turn, when the state agency "issued the permit, it was acting pursuant to federal law, not merely state law," creating jurisdiction in the federal court of appeals. *Id.*

Sincerely,

Tobias S. Loss-Eaton

cc:    Counsel of Record by ECF

Sidley Austin (DC) LLP is a Delaware limited liability partnership doing business as Sidley Austin LLP and practicing in affiliation with other Sidley Austin partnerships.

## CERTIFICATE OF SERVICE

   I certify that, on January 16, 2026, I caused the foregoing document to be filed through the CM/ECF system, which will serve notice on all registered counsel.


                 /s/ *Tobias S. Loss-Eaton*
                 Tobias S. Loss-Eaton